## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: BARRY D. HOWSE | CASE NO. 17-51686-KMS |
| DEBTOR | CHAPTER 7 |
| | |
| BUSINESS PROPERTY LENDING, INC. | PLAINTIFF |
| | |
| v. | ADV. PROC. NO. 17-06065-KMS |
| | |
| BARRY D. HOWSE | DEFENDANT |

### NOTICE OF SERVICE OF INITIAL DISCLOSURES OF
### PLAINTIFF BUSINESS PROPERTY LENDING, INC.

**NOTICE IS HEREBY GIVEN** that Plaintiff Business Property Lending, Inc. ("BPL") has this day served in the above-captioned civil action a copy of its *Initial Disclosures of Plaintiff Business Property Lending, Inc.* (the "Initial Disclosures"), via email upon the following:

| | |
|---|---|
| Allen Flowers | allen@aflowerslaw.net |
| Derek Henderson | derek@derekhendersonlaw.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

**THIS** the 8th day of March, 2018.

Respectfully submitted,

**HOPE ENTERPRISE CORPORATION**

By: /s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
*Its Attorneys*

OF COUNSEL
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing (NEF) through ECF:

*Allen Flowers;*
*Derek Henderson; and*
*United States Trustee*

**THIS** the 8th day of March, 2018.

/s/ Christopher H. Meredith
Of Counsel