IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   CHAPTER 7 BANKRUPTCY
BARRY D. HOWSE   NO. 17-51686-KMS

\* \* \*

BUSINESS PROPERTY LENDING, INC.,   PLAINTIFF,

v.   ADV. No. 17-06065-KMS

BARRY D. HOWSE,   DEFENDANT.

## NOTICE OF SERVICE OF PLEADINGS

TO:   BPL
Copeland Cook Taylor & Bush
P.O. Box 3020
Ridgeland, MS 39158

Notice is hereby given, pursuant to Fed. R. Civ. P. 33, 34 and 36 and Fed. R. Bankr. P. 7033, 7034 and 7036, that the undersigned Attorney has this date served:

1. **BARRY HOWSE's First Combined Discovery Request to BPL.**

Pursuant to applicable Federal Rules, said discovery request has not been filed with the Court, and the original thereof shall remain the files of the undersigned until trial.

Respectfully submitted on this the 6th day of April, 2018

/s/ Allen Flowers
By: ALLEN FLOWERS
His Attorney

## CERTIFICATE OF SERVICE

I, ALLEN FLOWERS, Counsel to BARRY HOWSE, do hereby certify that I have this date caused to be mailed, via U.S. mail, postage pre-paid, a true and correct copy of the above and foregoing Responses to the First Combined Discovery Request to BPL by electronic transmission to via filing same with the Court's CM/ECF system to U.S. Trustee, Hon. Derek A. Henderson, and to Hon. William H. Leech.

All on this, the 6th of April, 2018.

/s/   Allen Flowers
ALLEN FLOWERS
341 North 25th Avenue
Hattiesburg, MS 39401
(601) 583-9300