___



SO ORDERED,

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 30, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: BARRY D. HOWSE** | **CASE NO. 17-51686-KMS** |
| **DEBTOR** | **CHAPTER 7** |
| | |
| **BUSINESS PROPERTY LENDING, INC.** | **PLAINTIFF** |
| **v.** | **ADV. PROC. NO. 17-06065-KMS** |
| **BARRY D. HOWSE** | **DEFENDANT** |

### ORDER GRANTING MOTION OF BUSINESS PROPERTY LENDING, INC. FOR ADDITIONAL TIME TO RESPOND TO DISCOVERY REQUESTS

**THIS MATTER** is before the Court on the *Motion Of Business Property Lending, Inc. for Additional Time to Respond to Discovery Requests* (Dkt. # 13, the "Motion") filed by Business Property Lending, Inc. ("BPL"). The Court, having considered the Motion and the record herein, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, under Fed. R. Bankr. P. 7033(b)(2), 7034(b)(2)(A), and 7036(a)(3), that BPL shall be permitted an additional 21 days within which to respond to *Defendant's Combined Discovery Request* served by Debtor-Defendant Barry D. Howse.

##END OF ORDER##

**PREPARED AND SUBMITTED BY:**

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
*Counsel for BPL*