

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 19, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 BANKRUPTCY |
| BARRY D. HOWSE | NO. 17-51686-KMS |

\* \* \*

| | |
|---|---|
| BUSINESS PROPERTY LENDING, INC., | PLAINTIFF, |
| v. | ADV. No. 17-06065-KMS |
| BARRY D. HOWSE, | DEFENDANT. |

### ORDER GRANTING CONSENT MOTION OF BARRY D. HOWSE FOR ADDITIONAL TIME TO RESPOND TO BPL'S DISCOVERY REQUEST (DKT# 31 )

**THIS MATTER** is before the Court on the Consent Motion of Barry D. Howse for Additional Time to Respond to Discovery Requests propounded by BPL, Counsel for BPL having agreed to the requested relief, and the Court finds that the Motion well taken and should be GRANTED.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, under Fed.R.Bankr.P. 7033(b)(2) and 7034(b)(2)(A), the Debtor/Defendant shall be permitted an additional 12 days within which to respond to BPL's Combined Discovery Request, or until June 30, 2018.

### ## END OF ORDER ##

Presented to the Court by:
/s/   Allen Flowers
ALLEN FLOWERS, MSB No.7494
Counsel to Debtor(s)
341 North 25th Avenue
Hattiesburg, MS 39401
Phone:  601.583.9300
Email: allen@aflowerslaw.net