___



**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 17, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: BARRY D. HOWSE** | **CASE NO. 17-51686-KMS** |
| **DEBTOR** | **CHAPTER 7** |
| | |
| **BUSINESS PROPERTY LENDING, INC.** | **PLAINTIFF** |
| **v.** | **ADV. PROC. NO. 17-06065-KMS** |
| **BARRY D. HOWSE** | **DEFENDANT** |

**ORDER WITHDRAWING MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT WITHOUT PREJUDICE**

**THIS MATTER** is before the Court on the *Motion for Leave to File Amended Complaint* (Dkt. # 35, the "Motion") filed by Business Property Lending, Inc. ("BPL"). The Court, being advised that BPL wishes to withdraw its Motion without prejudice, finds that the following relief should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby withdrawn without prejudice.

##END OF ORDER##

**PREPARED AND SUBMITTED BY:**

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 109185
Michael D. Anderson, MSB No. 105523
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
manderson@cctb.com
*Counsel for Business Property Lending, Inc.*