**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:  BENJAMIN T. HOWSE | CASE NO. 17-51655-KMS |
| DEBTOR | CHAPTER 7 |

| | |
|---|---|
| BUSINESS PROPERTY LENDING, INC. | PLAINTIFF |
| v. | ADV. PROC. NO. 17-06064-KMS |
| BENJAMIN T. HOWSE | DEFENDANT |

| | |
|---|---|
| IN RE:  BARRY D. HOWSE | CASE NO. 17-51686-KMS |
| DEBTOR | CHAPTER 7 |

| | |
|---|---|
| BUSINESS PROPERTY LENDING, INC. | PLAINTIFF |
| v. | ADV. PROC. NO. 17-06065-KMS |
| BARRY D. HOWSE | DEFENDANT |

**NOTICE OF DEPOSITION OF BENJAMIN T. HOWSE**

**PLEASE TAKE NOTICE** that, pursuant to, *inter alia*, Fed. R. Bankr. P. 7026 and 7030(b)(1), the Local Rules of this Court, and the Court's *Agreed Order on Motion to Compel Benjamin T. Howse to Respond to Discovery and Submit to Deposition, and to Amend Certain Scheduling Order Deadlines* (No. 17-06064-KMS Dkt. # 27), Business Property Lending, Inc. will take the deposition upon oral examination of Benjamin T. Howse, beginning at **1:30 p.m. on Thursday, November 29, 2018**, at the offices of Copeland, Cook, Taylor & Bush, P.A., 1076 Highland Colony Parkway, 600 Concourse, Suite 100, Ridgeland, Mississippi (the "Deposition"). The Deposition will continue from day to day until completed, will be recorded by stenographic means, and will be conducted before an officer authorized and qualified to administer oaths for all lawful purposes in accordance with the Federal Rules of Bankruptcy Procedure.

**THIS** the 12th day of November, 2018.

        Respectfully submitted,

        **BUSINESS PROPERTY LENDING, INC.**

        By: /s/ Christopher H. Meredith
            William H. Leech, MSB No. 1175
            Sarah Beth Wilson, MSB No. 103650
            Christopher H. Meredith, MSB No. 103656
            Shauncey G. Hunter, MSB No. 105189
            *Its Attorneys*

OF COUNSEL:
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com

**CERTIFICATE OF SERVICE**

Service provided via Notice of Electronic Filing (NEF) through ECF:

*Allen Flowers* (allen@aflowerslaw.net) (in Case No. 17-06065-KMS);
*Edwin Woods* (ewoods@bondnbotes.com) (in Case No. 17-06064-KMS);
*Derek Henderson* (derek@derekhendersonlaw.com); *and*
*Office of the US Trustee* (USTPRegion05.JA.ECF@usdoj.gov).

**THIS** the 12th day of November, 2018.

        /s/ Christopher H. Meredith
            Of Counsel