___



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: November 19, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: BARRY D. HOWSE** | **CASE NO. 17-51686-KMS** |
| **DEBTOR** | **CHAPTER 7** |
| | |
| **BUSINESS PROPERTY LENDING, INC.** | **PLAINTIFF** |
| **v.** | **ADV. PROC. NO. 17-06065-KMS** |
| **BARRY D. HOWSE** | **DEFENDANT** |

### ORDER ON BARRY D. HOWSE'S RESPONSE TO THIRD MOTION

**THIS MATTER** came before the Court for hearing on November 15, 2018 on the *Response to Third Motion* (Dkt. # 42, the "Objection") filed by Defendant Barry D. Howse. The Court, having considered the Objection and the record herein, and being otherwise fully advised in the premises, finds that the Objection should be overruled.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection shall be, and it hereby is, overruled.

##END OF ORDER##

**PREPARED AND SUBMITTED BY:**

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 109185
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
*Counsel for Business Property Lending, Inc.*